## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| STACEY RAY STACH, *et al.*, | NO. C13-198-RSL-JPD |
| Plaintiffs, | |
| v. | REPORT AND RECOMMENDATION |
| BILL ELFO, *et al.*, | |
| Defendants. | |

*Pro se* plaintiff Stacey Ray Stach filed a deficient application to proceed *in forma pauperis* ("IFP") and a proposed 42 U.S.C. § 1983 action that purported to be a class-action lawsuit brought by numerous *pro se* plaintiffs. (Dkts. 1, 1-1.) On March 6, 2013, mail directed to plaintiff by the Clerk was returned as undeliverable. (Dkt. 6.)

Western District of Washington LCR 41(b)(2) provides as follows:

> A party proceeding pro se shall keep the court and opposing parties advised as to his or her current mailing address and, if electronically filing or receiving notices electronically, his or her current email address. If mail directed to a pro se plaintiff by the clerk is returned by the Postal Service, or if email is returned by the internet service provider, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing or email address, the court may dismiss the action without prejudice for failure to prosecute.

Plaintiff thus should have notified the Court of a current address at latest by May 6, 2013. *See also* LCR 10(f) (requiring parties to notify the Court within ten days of a change of address).

REPORT AND RECOMMENDATION - 1

1 The Court is unaware of any other place of residence or confinement for plaintiff.  Because

2 plaintiff has failed to notify the Court of a current address by the sixty-day deadline to do so,

3 this action should be dismissed without prejudice for failure to prosecute.

4     The Court recommends that this action be DISMISSED without prejudice for failure to

5 prosecute pursuant to LCR 41(b)(2).  A proposed order accompanies this Report and

6 Recommendation.

7     DATED this 9th day of May, 2013.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2