1

2

3

4

5                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
6                                       AT SEATTLE

STACEY RAY STACH, *et al.*,                    )
7                                              )
                              Plaintiffs,      )      Case No. C13-198-RSL
8                                              )
        v.                                     )
9                                              )      ORDER OF DISMISSAL
BILL ELFO, *et al.*,                           )
10                                             )
                              Defendants.      )
11 _____)

12         The Court, having reviewed plaintiffs' deficient application to proceed *in forma pauperis*,

13 the proposed complaint, the governing law, the balance of the record, the Report and

14 Recommendation of United States Magistrate Judge James P. Donohue, and any objections to that,

15 does hereby find and ORDER:

16         (1)    The Report and Recommendation is ADOPTED;

17         (2)    This 42 U.S.C. § 1983 action is DISMISSED without prejudice for failure to

18                prosecute pursuant to LCR 41(b)(2);

19         (3)    The Clerk of Court is directed to send copies of this Order to plaintiff and to

20                Magistrate Judge James P. Donohue.

21         DATED  this 3rd day of June, 2013.

22

23

                                                   *MMS S Lasnik*
                                                   Robert S. Lasnik
                                                   United States District Judge

ORDER OF DISMISSAL -1